UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60971-CIV-COHN/SELTZER

JOHN A LIALIOS and
NIKI J. LIALIOS, his wife,

    Plaintiffs,

vs.

SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE,
GLAXOSMITHKLINE PLC, GLAXO WELLCOME
UK LTD., GLAXOSMITHKLINE UK LTD., and
WAL-MART STORES, INC.

    Defendants.
_____/

## ORDER STAYING PROCEEDINGS

This cause is before the Court on Defendant GlaxoSmithKline LLC's Unopposed Motion to Stay of Proceedings and Extend Time to Respond to the Complaint [DE 3]. The Court has carefully considered the motion and is fully advised in the premises.

Defendant seeks to stay this action pending a decision by Judicial Panel on Multidistrict Litigation whether to transfer this action to the MDL Court. Numerous other actions have been transferred to the MDL Court. The present request for relief is unopposed.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. GlaxoSmithKline LLC's Unopposed Motion to Stay of Proceedings and Extend Time to Respond to the Complaint [DE 3] is hereby **GRANTED**;

2. This case is **STAYED**, until the Judicial Panel on Multidistrict Litigation enters an order regarding transfer of this action, or until further order of this Court;

3. The Clerk of the Court shall **CLOSE** this case for administrative purposes, and

any pending motions shall be **TERMINATED** for statistical purposes;

4. Defendant's counsel shall immediately forward to this Court any orders from the MDL panel regarding transfer of this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of May, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF